IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:25cr386-MHT |
| | ) | (WO) |
| ARSENIO HALL | ) | |

ORDER

Based upon the representations of the parties made on the record at the status conference on October 8, 2025, it is ORDERED that, by 12:00 p.m. on Friday, October 10, 2025, the government shall file a brief (1) discussing the law requested by the court during said status conference and (2) stating how far from the courthouse the witness in question lives so that the court can determine how much of a burden it would be for him to come to court to testify.

DONE, this the 9th day of October, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE