IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:25cr386-MHT |
| | ) | (WO) |
| ARSENIO HALL | ) | |

ORDER

Based on the on-the-record representation of the government at the December 12, 2025, oral argument that it does not plan to introduce evidence of the gun and device discussed in defendant Arsenio Hall's first motion limine, it is ORDERED that defendant Hall's first motion in limine (Doc. 43) is denied as moot to the extent it seeks to bar admission of said evidence. The motion remains pending as to the other issue raised in it.

DONE, this the 12th day of December, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE